# THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RITCHIE CRAWLEY** | **CIVIL ACTION NO. 05-2108** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, finding that same is supported by the law and the record in this matter, and for the additional reasons stated in this Court's Ruling,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is not supported by substantial evidence in the record and this matter is REMANDED for further consideration consistent with the Report and Recommendation of the Magistrate Judge adopted by this Court.

MONROE, LOUISIANA, this 17th day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE