RECEIVED
IN MONROE, LA

FEB 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| RITCHIE CRAWLEY | * | CIVIL ACTION NO. 05-2108 |
| VERSUS | * | JUDGE JAMES |
| U. S. COMM. SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's Motion for Attorney's Fees (Document No. 14) is hereby **GRANTED, and that the Commissioner be ordered to pay Attorney Fees in the amount of $2,393.00** (13.60 hours at $125.00 per hour plus 12.60 hours in paralegal fees at $55.00 per hour) **to plaintiff's attorney.**

THUS DONE AND SIGNED this 23 day of February, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION